IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FLO-RONKE INC D/B/A
AMAZING GRACE ASSISTED
LIVING FACILITY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D15-2063
<span style="color:red">**CORRECTED PAGES: pg 1**
<u>**CORRECTION IS UNDERLINED IN RED**</u>
**MAILED: June 2, 2015**
**BY: NMS**</span>

v.

STATE OF FLORIDA,
AGENCY FOR HEALTH CARE
ADMINISTRATION,

     Appellee.

_____/

Opinion filed June 1, 2015.

An appeal from an order of the State of Florida, <u>Agency for Health Care Administration.</u>

Rawsi Williams, Miami, for Appellant.

Tracy L. George, Chief Appellate Counsel, and Cynthia L. Hain, Assistant General Counsel, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED.

RAY, SWANSON, and MAKAR, JJ., CONCUR.